# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOAN VALLEE

VERSUS

EVEREST NATIONAL INSURANCE
COMPANY, TWA ERECTORS, LLC,
NATIONAL GENERAL INSURANCE
COMPANY, PROGRESSIVE
SECURITY INSURANCE COMPANY,
SHELTER MUTUAL INSURANCE
COMPANY, AND MICHIAL TEMPLE

NO.   2023 CW 1142

**JANUARY 18, 2024**

In Re:    TWA Erectors, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 710767.

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT